# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Andrea M. Johnson                                    CHAPTER 13

　　　　　　　　Debtor(s)

　　　　　　　　　　　　　　　　　　　　　　　BKY. NO. 25-22102 CMB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

　　　Kindly enter my appearance on behalf of TH MSR Holdings LLC and index same on the master mailing list.

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　/s/ *Matthew Fissel*
　　　　　　　　　　　　　　Matthew Fissel
　　　　　　　　　　　　　　13 Aug 2025, 17:27:40, EDT

　　　　　　　　　　　　　　Denise Carlon, Esq. (317226)   ☐
　　　　　　　　　　　　　　Matthew Fissel, Esq. (314567)   ☑
　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　　　bkgroup@kmllawgroup.com