UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 25-22102-CMB |
| Andrea M. Johnson, | ) | Chapter 13 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| Andrea M. Johnson, | ) | |
| | ) | Related to Document No. |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| No Respondent. | ) | |

**AFFIDAVIT OF INCOME**

    I, Andrea M. Johnson, hereby attest under penalty of perjury that I am currently unemployed and applied for social security disability. I have household income of my son's disability income in the amount of $871.00. I also have financial assistance from my family to ensure the plan payments are made monthly. I understand that any false statements herein are made subject to penalties of perjury.


8-21-2025                                                                           /s/ Andrea M. Johnson
DATE                                                                                ANDREA M. JOHNSON