UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Andrea M. Johnson,<br>    Debtor<br><br>Andrea M. Johnson,<br>    Movant,<br><br>vs.<br><br>Roundpoint Mortgage Svc., Trafford Borough Sewage Department, WPJWA, Ronda J. Winnecour, Trustee,<br>    Respondents. | )<br>)  CASE NO. 25-22102-CMB<br>)  CHAPTER 13<br>)<br>)<br>)<br>)  Related to Doc. #8<br>)<br>)<br>)<br>)  **DEFAULT O/E JAD**<br>)<br>)<br>)<br>) |

ORDER OF COURT

AND NOW, on this ____2nd____ day of ____September____, 2025 upon consideration of the Debtors Motion to Extend The Automatic Stay Beyond 30 Days. It is hereby ADJUDGED, DECREED and ORDERED that the Debtors Motion is GRANTED.

BY THE COURT,

_____
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

FILED
9/2/25 7:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

- 1 -

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 25-22102-CMB

Andrea M. Johnson     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2

Date Rcvd: Sep 02, 2025     Form ID: pdf900     Total Noticed: 9

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrea M. Johnson, 518 Inwood Road, Trafford, PA 15085-1180 |
| 16566843 | + | Trafford Borough Sewage Department, 414 Brinton Avenue, Trafford, PA 15085-1043 |
| 16566844 | + | WPJWA, 2200 Robinson Blvd., Pittsburgh, PA 15221-1193 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Sep 03 2025 04:03:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16566964 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 03 2025 04:03:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 16571282 | ^ | MEBN | Sep 03 2025 03:57:54 | Peoples, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 16569407 | | Email/Text: bnc-quantum@quantum3group.com | Sep 03 2025 04:03:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 16566842 | + | Email/Text: bankruptcy@roundpointmortgage.com | Sep 03 2025 04:03:00 | Roundpoint Mortgage Svc., 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 16569804 | | Email/PDF: ebn_ais@aisinfo.com | Sep 03 2025 04:13:15 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | TH MSR Holdings LLC |
| 16571283 | *+ | Roundpoint Mortgage Svc., 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 16571284 | *+ | Trafford Borough Sewage Department, 414 Brinton Avenue, Trafford, PA 15085-1043 |
| 16571285 | *+ | WPJWA, 2200 Robinson Blvd., Pittsburgh, PA 15221-1193 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Sep 02, 2025 | Form ID: pdf900 | Total Noticed: 9 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2025                              Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Franklin L. Robinson, Jr. | on behalf of Debtor Andrea M. Johnson frobi69704@aol.com  flrlegal@excite.com;robinsonfr66530@notify.bestcase.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Matthew Fissel | on behalf of Creditor TH MSR Holdings LLC bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5